**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

INELL FOYE, : No. 76 MM 2015
:
          Petitioner :
:
:
:
          v. :
:
:
:
THOMAS WILLIAMS - UNIT MANAGER, :
RICH CORY - UNIT COUNSELOR, JOHN :
SIDLER - HEAD OF PSYCHOLOGY :
DEPT. AND SCI COAL TOWNSHIP, :
:
          Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.